B. F. SMITH v. COMMISSIONERS OF DARE COUNTY.

(Filed 17 September, 1913.)

**Appeal and Error—Division of Opinion—Affirmance of Judgment.**

Where one of the five justices of the Supreme Court does not sit
or take part in the determination of a case on appeal, and the
other members of the Court are equally divided in their opinions,
the judgment below stands affirmed.

APPEAL by defendant from *Whedbee, J.,* at March Term,
1913, of PERQUIMANS.

*Charles Whedbee, P. W. McMullan, Bond & Bond, and Ward
& Thompson for plaintiff.*

*Ehringhaus & Small, E. F. Aydlett, and J. S. McNider for
defendant.*

163—7

In this case Justice ALLEN did not sit and took no part in the decision of the Court. Justice BROWN and Justice HOKE voted to affirm the judgment; Chief Justice CLARK and Justice WALKER voted for a new trial. The Court being evenly divided, .the judgment stands affirmed.